# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF TRANSFER OF CASE
## (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**  
Nestor Ricaplaza  
**SSN:** xxx−xx−6721  
**EIN:** N/A

10674 Maple St  
Cypress, CA 90630

**BANKRUPTCY NO.** 8:10−bk−11342−TA  
**CHAPTER** 7

---

This case 10−40737 has been transferred to the Santa Ana division within our District and reassigned to Bankruptcy Judge Theodor Albert for all further proceedings.

The new case number is 8:10−bk−11342−TA .

**Please use the new case number for all future matters regarding this case.**

Dated: February 2, 2010

BY THE COURT,  
**Kathleen J. Campbell**  
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84                                **2 / ALL**